# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156444(47)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHOKELLE REON McKAY,
      Defendant-Appellant.

SC: 156444
COA: 337715
Wayne CC: 11-010003-FC

_____/

      On order of the Chief Justice, the motion of attorney Suzanna Kostovski to extend the time for filing her response in accordance with this Court's order of March 5, 2019, is GRANTED. The response will be accepted as timely filed if submitted on or before April 30, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    April 5, 2019



Clerk